## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CRSC, LLC** | \* | **CIVIL ACTION NO.:** _____ |
|     **Plaintiff** | \* | |
| | \* | **DIVISION:** \_\_\_\_\_ |
| **VERSUS** | \* | |
| | \* | **SECTION:** \_\_\_\_\_ |
| **BLUE ELEPHANT FINANCING, LLC,** | \* | |
| **SUGAR BAY CLUB & RESORT CORPORATION,** | \* | **DISTRICT JUDGE:** _____ |
| **PUTTING GREEN EARTH ENGINEER SERVICES,** | \* | |
| **CORPORATION, AGENCY PROJECT** | \* | **MAGISTRATE:** _____ |
| **MANAGEMENT, LLC** | \* | |
| | \* | |
|     **Defendants** | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### COMPLAINT OF INTERPLEADER & DECLARATORY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff CRSC, LLC, formerly *Citadel Recovery Services, LLC* (*hereinafter* "**CRSC**"), and in support of its Complaint of Interpleader and Declaratory Judgment, alleges the following:

### I. PARTIES

1. CRSC is a Louisiana Limited Liability Corporation organized and existing under the laws of the State of Louisiana, with a principal place of business located in Covington, Louisiana.

2. Blue Elephant Financing, LLC ("**BEF**"), is a Delaware Limited Liability Corporation organized and existing under the laws of the State of Delaware, which may be served with summons at the entity's principal place of business and registered office at 3 Main Street, Suite 301, Irvington, New York 10533. At all material times, BEF provided factoring financial services to G&B Roofing, Inc. ("**G&B**").

3. Sugar Bay Club & Resort Corporation ("**Sugar Bay**") is incorporated and maintains it principal pace of business in the U.S. Virgin Islands.

4. Putting Green Earth Engineer Services Corporation ("**Green Earth**") is a Puerto Rican corporation that maintains its principal place of business at Calle Caiman, Casa 8, Bo. Santa Rosa, Vega Alta, P.R. 00692.

5. Agency Project Management, LLC ("**APM**"), is a limited liability company organized under the laws of Florida and believed to have a principal place of business at HP 39 Levittown Calle Aurello Dueno, Toa Baja, Puerto Rico 00949.

## II. JURISDICTION AND VENUE

6. Jurisdiction is proper under 28 U.S.C. § 1335 because at least two adverse claimants are of diverse citizenship as defined in 28 U.S.C. § 1332(a) or (d), and the value of the property at stake is $1,366,181.91, which is more than the $500 minimum requirement.

7. This Court also maintains diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the amount of controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and the suit is between citizens of different states.

8. CRSC has deposited $1,366,181.91 into undersigned counsel's trust account and desires an order accepting the funds into the registry of this Court pending the outcome of this proceeding.

9. Venue is proper under 28 U.S.C. § 1397, which allows an action in the nature of interpleader to be brought in the judicial district in which one or more of the

claimants reside, since CRSC, as a claimant to the interpleaded funds, resides in the Eastern District of Louisiana.

### III. STATEMENT OF THE INTERPLEADER ACTION

10. The United States Virgin Islands suffered damage from hurricanes Irma and Maria in 2017.  As part of the recovery efforts, the Virgin Islands Housing Finance Authority ("**VIHFA**") contracted with prime contractor, AECOM Caribe, LLP ("**AECOM**" or the "**Prime Contractor**"), as part of the Emergency Home Repair Virgin Islands ("**EHRVI**") program, a recovery program funded by the Federal Emergency Management Agency ("**FEMA**").

11. As the Prime Contractor, AECOM agreed to provide construction repair services for the Sheltering Temporary Essential Power Program Emergency Home Repairs V.I. as part of the recovery efforts.

12. On October 13, 2018, AECOM entered into a Master Subcontract with CRSC as a sub-prime contractor to assist with the recovery efforts; thereafter, CRSC entered into subcontracts that provided a "pay when paid" clause with Defendant APM and G&B requiring the companies to provide certain labor and materials.

13. On or about May 30, 2019, the U.S. Department of Labor ("**DOL**") notified CRSC that it was performing a audit of APM's employees due to complaints of failing to pay overtime.  The audit revealed that APM has shorted its workers of a total of $27,172.56.  Despite the "pay when paid" clause CRSC issued payment to DOL to conclude the matter with the agreement it would repay CRSC once paid.

14. APM has never repaid CRSC, which is it making a claim for in this matter.

15. On August 3, 2020, August 21, 2020, March 10, 2021, July 22, 2021, pursuant to the Master Subcontract CRSC received funds from AECOM and initially pursuant to the factoring agreement and estoppels between BEF and G&B issued a payment in the amount of $600,099.61 to BEF.

16. On or about February 2022, CRSC has received another payment in the amount of $1,366,181.91 that it was prepared to issue payment; however, based upon several lawsuits there is a question as to which defendant should receive funds and the amount.

17. CRSC is aware of the following pending lawsuits that contain conflicting allegations as to the ownership and amounts of the funds:

    a. *Blue Elephant Financing, LLC, v. Citadel Recovery Services, LLC*, No. 22:2937, pending in the Southern District Of New York, claiming funds for G&B and another subcontractor for CRSC, but not a party to the present litigation as the funds received do not pertain to it. (Exhibit 1).

    b. *Sugar Bay Club & Resort Corp. v. Agency Project Management, LLC, et al*, No.: 2022-11774, pending the 22nd Judicial District Court of St. Tammany, Louisiana seeking to enforce a default judgment against Defendant APM in the Superior Court of the Virgin Islands. (Exhibit 2).

    c. *Putting Green Earth Engineer Services Corporation v. Citadel Recovery services, LLC, et al.*, pending in the Commonwealth of Puerto Rico Court, claiming that Defendant Green Earth is the successor company to APM and that all funds should be released to it. (Exhibit 3).

18. Due to the number of pending matters and the various competing allegations, CRSC, request an order to deposit the funds it received from AECOM, as listed in Paragraph No. 15, into the registry of this Court and files this Complaint of Interpleader and Declaratory Judgment under 28 U.S.C. § 1335 so that these funds may be properly distributed to satisfy all valid claims.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff CRSC, LLC respectfully requests that this Court enter judgement as follows:

1. That this Court require claimants to interplead in this case all of their claims to the funds that have been deposited into the registry of this Court;

2. That this Court enjoin each of the claimants from demanding or instituting any and staying all pending actions against CRSC related to the funds that have been deposited into the registry of this Court;

3. That this Court relieve and discharge CRSC from any and all liability relating to or concerning any claim that might arise in connection with the funds; and,

4. That this Court award Citadel its reasonable costs, attorney's fees, a repayment of the $27,172.50 from APM's proceeds, disbursements and allowances incurred in connection with this action out of the monies at issue or otherwise.

<<SIGNATURE BLOCK TO FOLLOW>>

R.J. ELLIS LAW FIRM

/s/ Robert J. Ellis, Jr.
Robert J. Ellis, Jr.
ROBERT J. ELLIS, Jr. (LSBA No. 26022)
650 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone: (504) 534-8399
Facsimile: (504) 324-0127

**Attorneys for Plaintiff, CRSC, LLC**