*Certification of Funds in the Registry*
PRINCIPAL: $ 1,366,181.91
Financial Deputy: _MBR_ Date: 3/3/2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRSC, LLC<br><br>    Plaintiff<br><br>v.<br><br>BLUE ELEPHANT FINANCING, LLC, SUGAR BAY CLUB & RESORT CORPORATION, PUTTING GREEN EARTH ENGINEER SERVICES, CORPORATION, AGENCY PROJECT MANAGEMENT, LLC.<br><br>    Defendants | CASE No. 22-CV-01315<br><br><br>HON. IVAN L.R. LEMELLE<br><br>MAGISTRATE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion for Entry of Judgment by Consent filed by Elephant Financing, LLC ("Blue Elephant") and CRSC, LLC, formerly Citadel Recovery Services, LLC, Sugar Bay Club & Resort Corporation, and Green Earth Engineer Services Corporation; *provided parties do no object*;

IT IS HEREBY ORDERED that the motion is granted and that the judgment be entered with the direction to the Clerk that the monies be distributed to the respective Claimants in accordance with their agreement and as follows:

The clerk is authorized and directed to draw checks and/or electronically transfer the funds on deposit in the registry of this court in the principal amount of $1,366,181.91 plus all interest earned less the assessment fee for the administration of funds as follows:

- Blue Elephant Financing, LLC – $850,000.00 in principal plus a pro-rata share of the interest;

- Gower Legal LLC IOLTA Account – $310,000.00 in principal plus a pro-rata share of the interest, as counsel to and on behalf of Sugar Bay Club & Resort Corporation; and

- Albert J Nicaud APLC IOLTA Account – $206,181.91 in principal plus a pro-rata share of the interest, as counsel to and on behalf of Green Earth Engineer Services

1

Corporation.

All funds shall be electronically transferred to the recipients above pursuant to the information provided in the respective forms AO 213P submitted by each to the Clerk of Court.

New Orleans, Louisiana, this 6th day of March, 2023.

_____
HONORABLE IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE