UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRSC, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1315** |
| **BLUE ELEPHANT FINANCING, LLC, ET AL.** | **SECTION "B"(5)** |

### ORDER

Considering defendants Blue Elephant Financing, LLC, Sugar Bay Club & Resort Corporation, and Green Earth Engineer Services Corporation's motion to approve consent judgment (Rec. Doc. 28) and amended motion for disbursement of funds (Rec. Doc. 30),

**IT IS ORDERED** that the ex parte motion to approve consent judgment (Rec. Doc. 28) and ex parte amended motion for disbursement of funds (Rec. Doc. 30) are **DISMISSED as moot** in view of the parties' later filed amended motion for disbursement of funds (Rec. Doc. 32) and the Court's order granting the motion (Rec. Doc. 33).

New Orleans, Louisiana this 17th day of March, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE