## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CRSC, LLC** | * | **CIVIL ACTION NO.: 22-1315** |
|   **Plaintiff** | * | |
| | * | **DIVISION: B** |
| **VERSUS** | * | |
| | * | **SECTION: 5** |
| **BLUE ELEPHANT FINANCING, LLC,** | * | |
| **SUGAR BAY CLUB & RESORT CORPORATION,** | * | **DISTRICT JUDGE: LEMELLE** |
| **PUTTING GREEN EARTH ENGINEER SERVICES,** | * | |
| **CORPORATION, AGENCY PROJECT** | * | **MAGISTRATE: NORTH** |
| **MANAGEMENT, LLC** | * | |
| | * | |
|   **DEFENDANTS** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **MEMORANDUM IN RESPONSE TO COURT'S RULE**

  **NOW INTO COURT**, comes Robert J. Ellis, Jr, counsel for CRSC, LLC, who in response to the court's order of April 6, 2023, responses as follows.

  At the outset, counsel mis-calendared the status conference. It is an honest mistake that undersigned has not made before this event. I am a solo practitioner that reviews the calendar and notices for each week as in a normal course of business; however, the week prior I was on vacation and out of the office and did not return till April 4, 2023.

  Counsel was available and had emailed all counsel in this matter before the status conference that he was working a brief and could not review the final dismissal pleading, which after review had to be revised to reflect the position of the parties. The email is provided below:

> Robert Ellis <bob@rjellis.com>  Apr 6, 2023, 8:48 AM (6 days ago)
> to Timothy, Jacob, Jeff
>
> Everyone, I need to review. I have a briefing deadline for today and it is all I am focused on. I should be done before lunch today and will review.
>
> If we dont talk have a good weekend and Happy Easter to those that it applies!
>
> Bob

Therefore, even though counsel had mis-calendared the status conference it was stated what he was doing and did not mention the status conference. An email response was received later, but was not seen as the email thread at that point was forty-six (46) emails deep regarding the settlement discussions, the disbursements, and dismissal.

The present case presented many questions as to the ownership of the funds between the parties and throughout this litigation, counsel has provided numerous records and worked with CRSC's staff to assist the defendants in coming to a resolution of the matter. Despite this fairly consistent contact, none of my colleagues sought to call me to get me onto the call, which would have been easily done given I was at my desk working on a brief.

In summary, I was available, I own my mistake, and I truly wished any of my colleagues would have called me as I would have immediately got on the phone and explained the only reason the motion to dismiss that was filed the same day, was due to the fact I had been out of town and needed to review the same.

Respectfully, I hope the court finds this response satisfactory and does not sanction me any further than the embarrassment of having missed a status conference in their court.

> _/s/ Robert J. Ellis, Jr._
> Robert J. Ellis, Jr. (La. Bar No. 26022)
> **Robert J. Ellis Law Firm**
> 650 Poydras Street, Suite 2615
> New Orleans, LA 70130
> (504) 534-8399
> bob@canlasellis.com
> *Counsel to CRSC, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

> _/s/ Robert J. Ellis, Jr._
> Robert J. Ellis, Jr.