UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CRSC, LLC**                                                                 **CIVIL ACTION**

**VERSUS**                                                                    **NO. 22-1315**

**BLUE ELEPHANT FINANCING,**                                                  **SECTION "B"(5)**
**LLC, ET AL.**

## ORDER

Before the Court is plaintiff CRSC, LLC and defendants Blue Elephant Financing, LLC, Sugar Bay Club & Resort Corporation, and Green Earth Engineer Services Corporation's joint motion to dismiss (Rec. Doc. 37),

**IT IS ORDERED** that the joint motion to dismiss is **GRANTED**. The above-captioned case is **DISMISSED without prejudice**, with each party to bear its own costs and attorneys' fees.

Although the Court declines to issue sanctions[1] at this juncture for counsel missing the Rule 16 scheduling conference, we remind parties to remain vigilant of their professional obligations to their clients, opposing counsel, and the Court pursuant to Federal Rule of Civil Procedure 1's directive. *See also Price v. McGlathery*, 792 F.2d 472, 474 (5th Cir. 1986) ("Federal Rule of Civil Procedure 16(f) provides that the court may impose sanctions for failure 'to obey a scheduling or pretrial

---

[1] On April 6, 2023, the Court ordered counsel for plaintiff CRSC, LLC and defendant Sugar Bay Club & Resort Corporation to show cause for why they should not be sanctioned for missing the Rule 16 scheduling conference. Rec. Doc. 36. Both parties timely complied with the Court's order. Rec. Docs. 38, 39.

1

order, or if no appearance is made on behalf of a party at a scheduling or pretrial conference.'"); Fed. R. Civ. P. 16(f).

New Orleans, Louisiana this 12th day of April, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE